**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　 ehorne@bursor.com
　　　　 jglatt@bursor.com

*Attorneys for Plaintiff*

**ZWEIBACK, FISET & ZALDUENDO LLP**
Rachel L. Fiset (SBN 240828)
William M. Odom (SBN 313428)
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170
Facsimile: (213) 289-4025
rachel.fiset@zfzlaw.com
william.odom@zfzlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY ANN VICENTE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>CAKES BODY, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:24-cv-02797-VC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) AND [PROPOSED] ORDER**<br><br>Judge: Hon. Vince Chhabria |

# STIPULATION

Plaintiff Lily Ann Vicente and Defendant Cakes Body, LLC (together, the "Parties"), respectfully submit this Joint Stipulation of Voluntary Dismissal of Plaintiff's Claims Against Defendant with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dismissing this action will not prejudice any unnamed class members as this request is made pursuant to individual resolution between Defendant and Plaintiff only. Unnamed class members are not releasing any claims against Defendant and so do not need to be notified. Unnamed class members remain free to bring claims against Defendant at any time, including the same claims brought by Plaintiff here. The terms of the Settlement Agreement in the instant case do not impair, restrict, alter, or limit the rights and privileges of unnamed class members in any capacity to do so.

Dated: July 11, 2025            **BURSOR & FISHER, P.A.**

By: ___/s/ L. Timothy Fisher___
       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       ehorne@bursor.com
       jglatt@bursor.com

*Attorneys for Plaintiff*

Dated: July 11, 2025            **ZWEIBACK, FISET & ZALDUENDO LLP**

By: ___/s/ Rachel L. Fiset___
       Rachel L. Fiset

Rachel L. Fiset (SBN 240828)
William M. Odom (SBN 313428)
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170
Facsimile: (213) 289-4025
rachel.fiset@zfzlaw.com
william.odom@zfzlaw.com

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

I, L. Timothy Fisher, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: July 11, 2025                     /s/ L. Timothy Fisher
                                           L. Timothy Fisher

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:24-CV-02797-VC

2

# [PROPOSED] ORDER

After reviewing the Parties' Joint Stipulation of Voluntary Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(A)(1)(A)(ii), and finding that unnamed class members' rights and privileges are unaffected by this Stipulation, it is hereby **ORDERED** that Plaintiff's claims against Defendant are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2025

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE